**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amber Michelle Nalley a/k/a Amber Smith and Walter
Jason Smith, Defendants,

Of whom Amber Michelle Nalley a/k/a Amber Smith is
the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-001090

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

Unpublished Opinion No. 2022-UP-461
Submitted December 13, 2022 – Filed December 16, 2022

**AFFIRMED**

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Rebecca Rush Wray, of South Carolina Department of
Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:** Amber Nalley appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Nalley's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ. concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.